UNITED STATES DISTRICT COURT
FILED
SEP 01 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH ORTIZ,

Plaintiff,

v.

20-CV-1555 (JLS) (MJR)

ORLEANS COUNTY, ORLEANS COUNTY SHERIFF RANDY BOWER, ORLEANS COUNTY SHERIFF SERGEANT FIRST CLASS CHRISTOPHER CAUFIELD, ORLEANS COUNTY JAIL SUPERINTENDENT SCOTT D. WILSON, ORLEANS COUNTY JAIL SERGEANT ANTHONY J. MIGNANO, ORLEANS COUNTY JAIL SERGEANT MICHAEL CHRISTOPHER, ORLEANS COUNTY JAIL CORRECTIONS OFFICER PHILLIP SCHENING, JR.,

Defendants.

## DECISION AND ORDER

Plaintiff Kenneth Ortiz filed the operative complaint in this action on March 26, 2021, alleging violations of his constitutional rights and New York state law based on an incident that occurred on September 27, 2019, where Plaintiff alleges he sustained injuries. Dkt. 14. The case has been referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 13. Plaintiff's currently surviving claims are his first claim based on state law negligence against Defendant Bower, his fourth claim based on Section 1983 procedural due process against Defendants Caufield, Mignano, Christopher, and

Schening in their individual capacities, his fifth claim based on state law battery, and his sixth claim based on excessive force. *See* Dkt. 31 (accepting and adopting Judge Roemer's recommendation to grant Defendants' motion to dismiss as to Plaintiff's second, third, and seventh claims in their entirety and as to Defendants Bower and Wilson in their individual capacities for Plaintiff's fourth claim).

On May 23, 2025, Plaintiff and Defendants filed motions for summary judgment. Dkts. 81, 82. Defendants opposed Plaintiff's motion, Dkt. 88, and Plaintiff replied. Dkt. 91. Plaintiff opposed Defendants' motion, Dkt. 85, and Defendants replied. Dkt. 92. On March 25, 2026, Judge Roemer issued a Report and Recommendation ("R&R"). Dkt. 95. He recommended that Plaintiff's motion for summary judgment be denied in its entirety. *See id.* at 1, 14, 28. He further recommended that Defendants be granted summary judgment on Plaintiff's state law negligence claim against Defendant Bower, *id.* at 27–28, but that the remainder of Defendants' motion for summary judgment be denied. *Id.* at 14, 24, 27.

Both Plaintiff and Defendants filed objections to the R&R. Dkts. 99, 112. Defendants filed opposition to Plaintiff's objections, Dkt. 113, and Plaintiff replied. Dkt. 119. Plaintiff filed opposition to Defendants' objections, Dkt. 120, and Defendants replied. Dkt. 123.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72

requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge Roemer's recommendation.

For the reasons above and in the R&R, Defendants' motion for summary judgment, Dkt. 82, is GRANTED as to Plaintiff's cause of action against Defendant Bower for state law negligence. The remainder of Defendants' motion for summary judgment is DENIED. Plaintiff's motion for summary judgment, Dkt. 81, is DENIED in its entirety.

SO ORDERED.

Dated: September 1, 2026
Buffalo, New York

John L. Sinatra, Jr.

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE